# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| MARGARET J. LARLEE, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
|    v. | ) |
| | ) Case No. 2:14-cv-00228-JDL |
| SOCIAL SECURITY | ) |
| ADMINISTRATION COMMISSIONER, | ) |
| | ) |
|    Defendant. | ) |

## ORDER ADOPTING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed his Recommended Decision (ECF No. 30) with the court on April 7, 2015, pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b). The time within which to file objections expired on May 15, 2015, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The decision of the commissioner is **AFFIRMED**.

      **SO ORDERED.**

                                                         /s/Jon D.Levy
                                              United States District Judge

Dated this 27th day of May, 2015.